UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Tracy Strain, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-979 |
| Patrick O'Connor & Associates, L.P., | § § § | |
| Defendant. | § | |

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on October 28, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge